IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BREANDA TAYLOR BYNON a/k/a BREANDA BYNON<br><br>  Plaintiff<br><br>v.<br><br>CRAIG MANSFIELD, *et al.*<br><br>  Defendants | CIVIL ACTION<br>NO. 15-00206 |

## ORDER

**AND NOW**, this 21st day of May, 2015, upon consideration of Defendant Craig Mansfield's Second Motion to Dismiss (Doc. No. 16), Plaintiff Breanda Taylor Bynon's Opposition (Doc. No. 18), and Mansfield's Reply (Doc. No. 19), it is **ORDERED** that the Motion is **GRANTED**. Plaintiff's claims against Mansfield are **DISMISSED** for lack of subject matter jurisdiction.

BY THE COURT:

/s/ GERALD J. PAPPERT
GERALD J. PAPPERT, J.