IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BREANDA TAYLOR BYNON a/k/a BREANDA BYNON,<br><br>        *Plaintiff*,<br><br>v.<br><br>CRAIG MANSFIELD, *et al.*,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 15-00206 |

## ORDER

**AND NOW**, this 1st day of August, 2016, upon consideration of Plaintiff Breanda Bynon's ("Bynon") unopposed motion for default judgment against William McKibbin, III, Mark Weiner, Kevin Cronin, Auto Loans, LLC, Car Loans, LLC, Loan Servicing Solutions, LLC, Management Solutions, LLC, Bryan Casey, JVI Recovery Services, Inc., Vince Venezia and Top Notch Recovery, Inc. (collectively "Defendants") (ECF No. 46), as well as Bynon's motion to withdraw her second amended complaint, reinstate her amended complaint and amend her motion for default judgment, (ECF No. 50), it is **ORDERED** that the motions are **GRANTED**. It is further **ORDERED** that:

1. Judgment is entered against Defendants and in favor of Bynon for damages in the amount of $41,086.98.

2. Judgment is entered against Defendants and in favor of Bynon for attorney's fees in the amount of $11,462.

                                  BY THE COURT:


                                  */s/ Gerald J. Pappert*
                                  GERALD J. PAPPERT, J.